UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRIDGETT R. DAVIS,**

   Plaintiff.

v.                                                                    **No. 4:21-cv-1193-P**

**FORT WORTH INDEPENDENT SCHOOL
DISTRICT, ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Jeffrey L. Cureton made Findings, Conclusions, and a Recommendation ("FCR") regarding Defendants Kent Scribner, Sherry Breed, Mia Hall, and Nydia Lewis's Motion to Dismiss (ECF No. 10) on February 22, 2022. ECF No. 19. No objections were filed, and the Magistrate Judge's FCR is ripe for review. The undersigned reviewed the FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct.

Therefore, the Court **ADOPTS** the reasoning in the Magistrate Judge's FCR and **GRANTS** the Motion to Dismiss. Accordingly, Plaintiff's claims against the above Defendants are **DISMISSED without prejudice**.

**SO ORDERED** on this **9th day of March, 2022**.

Mark T. Pittman
United States District Judge